**1**

Watt JOHNSON v. UNITED STATES. (Circuit Court of Appeals, Sixth Circuit. October 17, 1924.) No. 4069. In Error to the District Court of the United States for the Eastern District of Kentucky; Andrew M. J. Cochran, Judge. J. F. Stewart and J. B. Adamson, both of Ashland, Ky., and B. B. Triplett, of Catlettsburg, Ky., for plaintiff in error. Sawyer A. Smith, U. S. Atty., of Covington, Ky.

PER CURIAM. Judgment of the District Court affirmed.

═══════

**2**

Anton JONELONES v. D. C. WESTENHAVER, United States District Judge for the Northern District of Ohio. (Circuit Court of Appeals, Sixth Circuit. November 11, 1924.) Petition for Mandamus to the District Court of the United States for the Northern District of Ohio; D. C. Westenhaver, Judge. Harry A. Blachman, of Cleveland, Ohio, for petitioner. A. E. Bernsteen, U. S. Atty., of Cleveland, Ohio, for respondent.

PER CURIAM. Order denying application for an order to show cause.

═══════

**3**

James JONES v. UNITED STATES. (Circuit Court of Appeals, Sixth Circuit. February 2, 1925.) No. 4086. In Error to the District Court of the United States for the Eastern District of Kentucky; Andrew M. J. Cochran, Judge. Jos. M. Spears, of Catlettsburg, Ky., and E. B. Hager and J. B. Adamson, both of Ashland, Ky., for plaintiff in error. Sawyer A. Smith, U. S. Atty., of Covington, Ky.

PER CURIAM. Judgment of the District Court affirmed.

═══════

**4**

Panagiotis (Peter) KOSSIVAS v. Percy L. PRENTIS, Inspector in Charge of U. S. Immigration at Detroit, Mich. (Circuit Court of Appeals, Sixth Circuit. November 3, 1924.) No. 4235. Appeal from the District Court of the United States for the Eastern District of Michigan; Arthur J. Tuttle, Judge. O. Guy Frick, of Detroit, Mich., for appellant. Delos G. Smith, U. S. Atty., of Detroit, Mich., for appellee.

PER CURIAM. Dismissed pursuant to stipulation of counsel.

═══════

**5**

Victor KULAKOWSKI v. FISHER BODY OHIO COMPANY. (Circuit Court of Appeals, Sixth Circuit. March 2, 1925.) No. 4302. In Error to the District Court of the United States for the Northern District of Ohio; Paul Jones, Judge. William J. Shaver and Day & Day, all of Cleveland, Ohio, for plaintiff in error. Tolles, Hogsett, Ginn & Morley, of Cleveland, Ohio, for defendant in error.

PER CURIAM. Dismissed pursuant to stipulation of counsel.

═══════

**6**

R. S. LANDMAN v. UNITED STATES. (Circuit Court of Appeals, Sixth Circuit. December 12, 1924.) No. 4170. In Error to the District Court of the United States for the Western District of Tennessee; J. W. Ross, Judge. Walsh & Bell, of Memphis, Tenn., for plaintiff in error. S. E. Murray, U. S. Atty., of Memphis, Tenn.

PER CURIAM. Dismissed for failure to file briefs under Rule 20.

═══════

**7**

L. Harry LEIDER v. UNITED STATES. (Circuit Court of Appeals, Sixth Circuit. March 9, 1925.) No. 4335. In Error to the District Court of the United States for the Northern District of Ohio; Paul Jones, Judge. Herman H. Finkel, of Cleveland, Ohio, for plaintiff in error. A. E. Bernsteen, U. S. Atty., of Cleveland, Ohio.

PER CURIAM. Dismissed in pursuance of motion of counsel.

═══════

**8**

Mary LISKIEWICZ v. UNITED STATES. (Circuit Court of Appeals, Sixth Circuit. January 2, 1925.) No. 4162. In Error to the District Court of the United States for the Western District of Michigan; Clarence W. Sessions, Judge. Richard L. Newnham, of Grand Rapids, Mich., for plaintiff in error. Edward J. Bowman, of Grand Rapids, Mich., for defendant in error.

PER CURIAM. Judgment of the District Court affirmed.

═══════

**9**

LOUISVILLE & NASHVILLE RAILROAD COMPANY v. C. H. CHAMBERS. (Circuit Court of Appeals, Sixth Circuit. November 14, 1924.) No. 4187. In Error to the District Court of the United States for the Western District of Tennessee; J. W. Ross, Judge. Albert W. Stockell, Jr., and Keeble & Seay, all of Nashville, Tenn., and W. W. Farabough, of Memphis, Tenn., for plaintiff in error. Wilson, Gates & Armstrong, of Memphis, Tenn., for defendant in error.

PER CURIAM. Dismissed pursuant to agreement of counsel.